UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGEL LOVE, et al.,                           Case No. 25-12911

    Plaintiffs,                            F. Kay Behm
v.                                            United States District Judge

WASHTENAW COUNTY, *et al.*,

    Defendants.
_____/

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

Plaintiffs filed a complaint against Defendants on September 12, 2025. (ECF No. 1). Summonses were issued for each of the Defendants on September 15, 2025. (ECF Nos. 2). Pursuant to Federal Rule of Civil Procedure 4(m), a defendant must be served within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). A review of the docket shows that Defendants were not properly served within the required 90-day period.

Accordingly, on January 9, 2026, the court entered an order requiring Plaintiffs to show cause why this case should not be dismissed for failure to prosecute by January 23, 2026. (ECF No. 3); *see also* E.D. Mich. LR. 41.2. Plaintiffs failed to provide any response to the show cause order. Plaintiffs were expressly

warned that failure to respond to the show cause order may result in dismissal of the case. *Id*.

Because Plaintiff has failed to timely effectuate service on Defendants in accordance with Rule 4 and has failed to respond to the show cause order, this case is **DISMISSED** without prejudice for failure to prosecute.

**SO ORDERED**.

Date: January 29, 2026                     s/F. Kay Behm
                                           F. Kay Behm
                                           United States District Judge